| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

In re:

Mary Ann Dorrian

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/10/2024          Mary Ann Dorrian          *[signature]*
                          Printed name of Debtor 1     Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                      Printed name of Debtor 2     Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1002-1.EMP.INCOME.DEC**

## Company Information

**Company Logo**
**Company** HOAG HOSPITAL
**Address** One Hoag Drive
Newport Beach, CA 92663 United States of America

## Check Information

**Number** 4224153
**Check Date** 04/04/2024
**Net Pay** 4762.35

*VOID VOID VOID VOID VOID VOID VOID VOID*

### Employee Address Information

**Pay to the order of**
MARY A. DORRIAN
17162 APEL LANE
HUNTINGTON BEACH, CA 92649
US

Net Pay  4762.35

NON-NEGOTIABLE

### Employee Information

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MARY A. DORRIAN | 3733 | 66985 | 1302 | 72900 | 03/30/2024 |

### Summary

Year to Date Summary for Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 104.27 | 7190.06 | 47393.88 |
| Total Deductions |  | 2690.45 | 17491.50 |
| Total Net |  | 4762.35 | 30872.37 |

### Earnings

Year to Date Earnings for Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus - Sign On - Conditional |  |  |  | 8000.00 |
| Double Time S1 |  |  |  | 179.43 |
| Double Time S2 | 1.84 | 60.10 | 234.02 | 883.94 |
| Group Term Life |  | 21.34 | 21.34 | 106.70 |
| Mileage Reimb |  | 284.08 | 284.08 | 1076.69 |
| Overtime S1 | 14.45 | 60.10 | 1308.88 | 6890.24 |
| Overtime S2 | 8.00 | 60.10 | 763.12 | 2736.75 |
| Regular S1 | 63.98 | 60.10 | 3845.20 | 23936.03 |
| Regular S2 | 16.00 | 60.10 | 1017.50 | 4660.79 |
| Total | 104.27 |  | 7190.06 | 47393.88 |

### Taxes

Year to Date Taxes as of Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Description | Current | Year to Date |
|---|---|---|
| CA State Withholding Tax | 494.68 | 3460.22 |
| FICA Employee Withholding | 426.41 | 2841.55 |

| Description | Current | Year to Date |
|---|---|---|
| FMHI Employee Withholding | 99.73 | 664.56 |
| Federal Withholding Tax | 786.13 | 5775.16 |
| State Disability | 75.42 | 502.97 |
| **Total** | 1882.37 | 13244.46 |

## Pretax Deductions

Year to Date Pretax Deductions as of Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Description | Current | Year to Date |
|---|---|---|
| Employee Dental 100 | 31.08 | 155.40 |
| Employee PPO | 270.78 | 1353.90 |
| Employee Vision | 10.63 | 53.15 |
| Hoag Shelt Sav-Match (401K) | 430.12 | 2357.24 |
| **Total** | 742.61 | 3919.69 |

## Aftertax Deductions

Year to Date Aftertax Deductions as of Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Description | Current | Year to Date |
|---|---|---|
| Employee AT LTD | 7.50 | 37.50 |
| Employee AT Legal Plan | 8.01 | 40.05 |
| HOSPITAL INDEMNITY PLAN | 25.49 | 127.45 |
| Vol Short Term Disability | 24.47 | 122.35 |
| **Total** | 65.47 | 327.35 |

## Company Deductions

Year to Date Company Deductions as of Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Description | Current | Year to Date |
|---|---|---|
| EMPLOYER PPO | 1018.66 | 5093.30 |
| **Total** | 1018.66 | 5093.30 |

## Auto Deposit Distributions

Auto Deposit Distributions Check Number 4224153, Date 04/04/2024 and Net Pay 4762.35

| Routing | Account | Description | Amount |
|---|---|---|---|
| 21000021 | 108015530 | chase | 4762.35 |

Print

## Company Information

**Company Logo**
**Company** HOAG HOSPITAL
**Company Address** One Hoag Drive
Newport Beach, CA 92663 United States of America

## Check Information

**Number** 4232468
**Check Date** 04/18/2024
**Net Pay** 4587.50

*VOID VOID VOID VOID VOID VOID VOID VOID*

### Employee Address Information

**Pay to the order of**
MARY A. DORRIAN
17162 APEL LANE
HUNTINGTON BEACH, CA 92649
US

Net Pay  4587.50

NON-NEGOTIABLE

### Employee Information

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MARY A. DORRIAN | 3733 | 66985 | 1302 | 72900 | 04/13/2024 |

### Summary

Year to Date Summary for Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 95.99 | 6883.10 | 54276.98 |
| Total Deductions | | 2549.63 | 20041.13 |
| Total Net | | 4587.50 | 35459.87 |

### Earnings

Year to Date Earnings for Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus - Sign On - Conditional | | | | 8000.00 |
| Double Time S1 | | | | 179.43 |
| Double Time S2 | 0.33 | 60.10 | 41.98 | 925.92 |
| Group Term Life | | 21.34 | 21.34 | 128.04 |
| Holiday S1 | 11.27 | 60.10 | 1028.05 | 1028.05 |
| Mileage Reimb | | 275.37 | 275.37 | 1352.06 |
| No Meal Penalty | 1.00 | 62.24 | 62.24 | 62.24 |
| Overtime S1 | 10.01 | 60.10 | 904.49 | 7794.73 |
| Overtime S2 | 9.38 | 60.10 | 894.76 | 3631.51 |
| Regular S1 | 40.00 | 60.10 | 2404.00 | 26340.03 |
| Regular S2 | 24.00 | 60.10 | 1526.24 | 6187.03 |
| Total | 95.99 | | 6883.10 | 54276.98 |

### Taxes

Year to Date Taxes as of Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Description | Current | Year to Date |
|---|---|---|

| Description | Current | Year to Date |
|---|---|---|
| CA State Withholding Tax | 469.54 | 3925.76 |
| FICA Employee Withholding | 407.38 | 3248.93 |
| FMHI Employee Withholding | 95.27 | 759.83 |
| Federal Withholding Tax | 723.47 | 6498.63 |
| State Disability | 72.04 | 575.01 |
| **Total** | 1763.70 | 15008.16 |

## Pretax Deductions

Year to Date Pretax Deductions as of Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Description | Current | Year to Date |
|---|---|---|
| Employee Dental 100 | 31.08 | 186.48 |
| Employee PPO | 270.78 | 1624.68 |
| Employee Vision | 10.63 | 63.78 |
| Hoag Shelt Sav-Match (401K) | 407.97 | 2765.21 |
| **Total** | 720.46 | 4640.15 |

## Aftertax Deductions

Year to Date Aftertax Deductions as of Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Description | Current | Year to Date |
|---|---|---|
| Employee AT LTD | 7.50 | 45.00 |
| Employee AT Legal Plan | 8.01 | 48.06 |
| HOSPITAL INDEMNITY PLAN | 25.49 | 152.94 |
| Vol Short Term Disability | 24.47 | 146.82 |
| **Total** | 65.47 | 392.82 |

## Company Deductions

Year to Date Company Deductions as of Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Description | Current | Year to Date |
|---|---|---|
| EMPLOYER PPO | 1018.66 | 6111.96 |
| **Total** | 1018.66 | 6111.96 |

## Auto Deposit Distributions

Auto Deposit Distributions Check Number 4232468, Date 04/18/2024 and Net Pay 4587.50

| Routing | Account | Description | Amount |
|---|---|---|---|
| 21000021 | 108015530 | chase | 4587.50 |

Company Information

**Company Logo** HOAG HOSPITAL
**Company Address** One Hoag Drive
Newport Beach, CA 92663 United States of America

Check Information
**Number** 4241324
**Check Date** 05/02/2024
**Net Pay** 4030.33

*VOID VOID VOID VOID VOID VOID VOID VOID*

Employee Address Information

**Pay to the order of**
MARY A. DORRIAN
17162 APEL LANE
HUNTINGTON BEACH, CA 92649
US

Net Pay  4030.33

NON-NEGOTIABLE

Employee Information

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MARY A. DORRIAN | 3733 | 66985 | 1302 | 72900 | 04/27/2024 |

Summary

Year to Date Summary for Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 84.42 | 5764.12 | 60041.10 |
| Total Deductions | | 2048.12 | 22089.25 |
| Total Net | | 4030.33 | 39490.20 |

Earnings

Year to Date Earnings for Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus - Sign On - Conditional | | | | 8000.00 |
| Double Time S1 | | | | 179.43 |
| Double Time S2 | | | | 925.92 |
| Group Term Life | | 21.34 | 21.34 | 149.38 |
| Holiday S1 | | | | 1028.05 |
| Mileage Reimb | | 335.67 | 335.67 | 1687.73 |
| No Meal Penalty | | | | 62.24 |
| Overtime S1 | 14.73 | 60.10 | 1334.42 | 9129.15 |
| Overtime S2 | 4.56 | 60.10 | 435.93 | 4067.44 |
| Regular S1 | 49.13 | 60.10 | 2952.71 | 29292.74 |
| Regular S2 | 16.00 | 60.10 | 1019.72 | 7206.75 |
| Total | 84.42 | | 5764.12 | 60041.10 |

Taxes

Year to Date Taxes as of Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Description | Current | Year to Date |
|---|---|---|

| Description | Current | Year to Date |
|---|---|---|
| CA State Withholding Tax | 357.56 | 4283.32 |
| FICA Employee Withholding | 338.00 | 3586.93 |
| FMHI Employee Withholding | 79.05 | 838.88 |
| Federal Withholding Tax | 491.24 | 6989.87 |
| State Disability | 59.74 | 634.75 |
| **Total** | 1325.59 | 16333.75 |

### Pretax Deductions

Year to Date Pretax Deductions as of Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Description | Current | Year to Date |
|---|---|---|
| Employee Dental 100 | 31.08 | 217.56 |
| Employee PPO | 270.78 | 1895.46 |
| Employee Vision | 10.63 | 74.41 |
| Hoag Shelt Sav-Match (401K) | 344.57 | 3109.78 |
| **Total** | 657.06 | 5297.21 |

### Aftertax Deductions

Year to Date Aftertax Deductions as of Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Description | Current | Year to Date |
|---|---|---|
| Employee AT LTD | 7.50 | 52.50 |
| Employee AT Legal Plan | 8.01 | 56.07 |
| HOSPITAL INDEMNITY PLAN | 25.49 | 178.43 |
| Vol Short Term Disability | 24.47 | 171.29 |
| **Total** | 65.47 | 458.29 |

### Company Deductions

Year to Date Company Deductions as of Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Description | Current | Year to Date |
|---|---|---|
| EMPLOYER PPO | 1018.66 | 7130.62 |
| **Total** | 1018.66 | 7130.62 |

### Auto Deposit Distributions

Auto Deposit Distributions Check Number 4241324, Date 05/02/2024 and Net Pay 4030.33

| Routing | Account | Description | Amount |
|---|---|---|---|
| 21000021 | 108015530 | chase | 4030.33 |